No. 417. SEIBERLING RUBBER CO. *v.* COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Frederick L. Pearce* and *George M. Morris* for petitioner. *Solicitor General Biggs,*

612

*Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

